UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

LAW OFFICES OF PETER E. ZIMNIS
Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

CHAPTER 13

In Re:

CASE NO. 17-10110

MICHAEL CASTIELLO
DENISE CASTIELLO
    Debtors

ADV NO.

HEARING DATE

JUDGE Christine Gravelle

ORDER RECLASSIFYING PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: June 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Michael Castiello and Denise Castiello
Case No.           17-10110/CMG
Caption of Order:  Order Reclassifying Proof of Claim

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to certain of the alleged creditors of the debtors seeking to reduce the claims, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

IT IS ORDERED AND ADJUDGED as follows, to wit:

Proof of claim number 3 filed by Santander in the amount of $3515.91 secured is hereby reclassified to an unsecured claim

Proof of claim number 10 filed by Pressler and Pressler on behalf of A Reason to Smile Dentistry in the amount of $698.30 secured is hereby reclassified to an unsecured claim.