|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT | : |
| DISTRICT OF NEW JERSEY | : |

**Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| LAW OFFICES OF PETER E. ZIMNIS | : |
| Whitehorse Executive Center | : |
| 1245 Whitehorse Mercerville Rd, Suite 412 | : |
| Trenton, NJ 08619 | : |
| 609-581-9353 | : |
| Attorney for Debtor(s) | : |
| _____ | : CHAPTER 13 |
| In Re: | : |
|  | : CASE NO. 17-10110 |
| MICHAEL CASTIELLO | : ADV NO. |
| DENISE CASTIELLO | : |
|     Debtors | : HEARING DATE |
|  | : |
| _____ | : JUDGE Christine Gravelle |

ORDER RECLASSIFYING PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: June 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Michael Castiello and Denise Castiello
Case No. 17-10110/CMG
Caption of Order: Order Reclassifying Proof of Claim

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to certain of the alleged creditors of the debtors seeking to reduce the claims, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

IT IS ORDERED AND ADJUDGED as follows, to wit:

Proof of claim number 3 filed by Santander in the amount of $3515.91 secured is hereby reclassified to an unsecured claim

Proof of claim number 10 filed by Pressler and Pressler on behalf of A Reason to Smile Dentistry in the amount of $698.30 secured is hereby reclassified to an unsecured claim.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Castiello  
Denise Castiello  
    Debtors

Case No. 17-10110-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.  
db/jdb         +Michael J Castiello,    Denise Castiello,    95 New Road,    Kendall Park, NJ 08824-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        John   Zimnis    on behalf of Joint Debtor Denise   Castiello njbankruptcylaw@aol.com.  
        John   Zimnis    on behalf of Debtor Michael J Castiello njbankruptcylaw@aol.com.  
        Peter E. Zimnis    on behalf of Joint Debtor Denise   Castiello njbankruptcylaw@aol.com  
        Peter E. Zimnis    on behalf of Debtor Michael J Castiello njbankruptcylaw@aol.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                               TOTAL: 7