<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of New York Mellon

</td></tr>
</table>

**Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Denise Castiello & Michael J. Castiello,

Debtors.

Case No.:  17-10110-CMG
Adv. No.:
Hearing Date:  8/16/2017 @ 10:00 a.m.

Judge:  Christine M. Gravelle

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: August 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:        Denise Castiello & Michael J. Castiello
Case No.:       17-10110-CMG
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Bank of New York Mellon f/k/a Bank of New York as Trustee for certificateholders of CWABS, Inc., Asset-Backed Certificates Series 2007-10, holder of a mortgage on real property located at 95 New Road, Kendall Park, NJ 08824, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Peter Zimnis, Esquire, attorney for Debtors, Denise Castiello & Michael Castiello, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 4) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.