**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
MICHAEL & DENISE CASTIELLO

Debtors

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-10110

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 6, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Michael & Denise Castiello
Case No.:  17-10110 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $800 for services rendered and expenses in the amount of $0 for a total of $800. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
    _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $1,451 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Castiello  
Denise Castiello  
    Debtors

Case No. 17-10110-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 06, 2017  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.  
db/jdb     +Michael J Castiello, Denise Castiello, 95 New Road, Kendall Park, NJ 08824-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:

    Albert Russo     docs@russotrustee.com  
    Denise E. Carlon     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    John Zimnis     on behalf of Joint Debtor Denise Castiello njbankruptcylaw@aol.com.  
    John Zimnis     on behalf of Debtor Michael J Castiello njbankruptcylaw@aol.com.  
    Peter E. Zimnis     on behalf of Joint Debtor Denise Castiello njbankruptcylaw@aol.com  
    Peter E. Zimnis     on behalf of Debtor Michael J Castiello njbankruptcylaw@aol.com  
    U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 7