Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–10110–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J Castiello
95 New Road
Kendall Park, NJ 08824

Denise Castiello
aka Denise Pulese Castiello, fka Denise
Pulese
95 New Road
Kendall Park, NJ 08824

Social Security No.:
   xxx–xx–9956                                    xxx–xx–1357
Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: Michael J Castiello and Denise Castiello
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: February 16, 2022
JAN: wdr

Jeanne Naughton, Clerk